UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RUSSELL WAYNE FRIEDRICHS<br>Plaintiff | §<br>§ | |
| | § | |
| V. | § | CIVIL ACTION NO: |
| | § | |
| LAMINE GAYE and TRANSPORT<br>CORPORATION OF AMERICA, INC.<br>Defendants | §<br>§<br>§ | |

**INDEX OF REMOVAL ATTACHMENTS**

NOW INTO COURT, through undersigned counsel, comes TRANSPORT CORPORATION OF AMERICA, INC. and LAMINE GAYE, defendants in the above captioned matter, and files this Index of Removal Attachments pursuant to and in compliance with LR81 of the United States District Court, Southern District of Texas Local Rules and who identify the following documents attached to the Notice of Removal:

Exhibit A Plaintiff's Original Petition;

Exhibit B Executed Process filed with the 135th JDC, if any;

Exhibit C Docket Sheet from 135th JDC

Exhibit D Affidavit of Alan J. Meche with Statement of Russell Wayne Friedrichs

Counsel of Record for Russell Wayne Friedrichs is:

**Mike Crane**
**Law Offices of McManus & Crane, LLP**
**209 W. Juan Linn**
**PO Box 2206**
**Victoria, TX 77902-2206**
**361-575-6764 telephone**
**361-575-8454 facsimile**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A copy of the foregoing has also been served to all known parties via Certified United States Mail, properly addressed and postage prepaid.

_/s/Randall K. Theunissen________________
RANDALL K. THEUNISSEN/12727