UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RUSSELL WAYNE FRIEDRICHS<br>Plaintiff | §<br>§ | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:08-cv-00061 |
| | § | |
| LAMINE GAYE and TRANSPORT<br>CORPORATION OF AMERICA, INC.<br>Defendants | §<br>§<br>§ | |

**CORPORATE DISCLOSURE STATEMENT**
**OF TRANSPORT CORPORATION OF AMERICA, INC.**

NOW INTO COURT, through undersigned counsel, comes TRANSPORT CORPORATION OF AMERICA, INC., Defendant in the above captioned matter, which asserts that Transport Corporation of America, Inc. is a privately held corporation. Transport Corporation of America, Inc.'s parent company is Patriot Holding Corp. Patriot is privately held and owns greater than 10% of Transport Corporation of America's stock.

Respectfully submitted,

/s/Randall K. Theunissen

Randall K. Theunissen
Attorney-in-Charge
State Bar No. 0079517
Fed I.D. No. 23920
P.O. Box 81129
Lafayette, LA 70508-1129
Telephone: 337-291-1240
Facsimile: 337-291-1245

Of Counsel:

Alan J. Meche
ALLEN & GOOCH,
State Bar No. 24025530
Fed. I.D. No. 26387
P.O. Box 81129
Lafayette, LA 70508-1129
Telephone: 337-291-1480
Facsimile: 337-291-1485

Attorneys for TRANSPORT CORPORATION OF AMERICA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A copy of the foregoing has also been served to all known parties via Certified United States Mail, properly addressed and postage prepaid.

/s/Randall K. Theunissen
RANDALL K. THEUNISSEN/12727