UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| Russell Wayne Friedrichs<br>*Plaintiff* | §<br>§<br>§ | |
| V. | §<br>§ | Case No. 6:08-cv-00061<br>Judge John D. Rainey |
| Lamine Gaye, et al.<br>*Defendant* | §<br>§<br>§ | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that ALAN J. MECHE Texas State Bar No. 24025530, of the law firm of Allen & Gooch, A.L.C., will appear as additional counsel for Defendants, TRANSPORT CORPORATION OF AMERICA, INC. and LAMINE GAYE, in the above-captioned action.

Respectfully submitted:

ALLEN & GOOCH
A LAW CORPORATION

/s/Alan J. Meche
RANDALL K. THEUNISSEN
Attorney-in-Charge
State Bar No. 00795174
Fed I.D. No. 23920
ALAN J. MECHE
State Bar No. 24025530
Fed I.D. No. 26387
2000 Kaliste Saloom Road, Suite 400
P.O. Box 81129
Lafayette, LA 70598-1129
337-291-1480
337-291-1485 facsimile
randytheunissen@allengooch.com
alanmeche@allengooch.com
Attorneys for Transport Corporation of America, Inc. and Lamine Gaye

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Alan J. Meche
ALAN J. MECHE/24025530