A LAW CORPORATION

ALLEN & GOOCH

June 2, 2010

Ms. Joyce Richards
Case Manager
U.S. District Court
P. O. Box 1638
Victoria, TX 77902

RE: *Russell Wayne Friedrichs v.*
*Lamine Gaye and Transport Coporation of America, Inc.*
U.S. District Court / Southern District of Texas
Victoria Division / Case 6:08-cv-00061
Our File No. 13192-0003

Dear Ms. Richards:

Please be advised that the above referenced action has been settled by all parties. Therefore, the Court's *Initial PreTrial & Scheduling Conference* scheduled for June 8, 2010 is no longer necessary. We appreciate the Court's assistance in this regard.

Respectfully,

Alan Meche
Randall K. Theunissen
Direct Dial # 337.291.1480
Direct Fax # 337.291.1485
Email: alanmeche@allengooch.com

AJM/lmc
cc: Mr. Michael L. Crane *(via fax 361.575.8454)*